*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.:<br>2:19-MJ-04793 | Date and time warrant executed:<br>11-19-2019 approx. 06:05 am | Copy of warrant and inventory left with:<br>Lolita Warner |

Inventory made in the presence of : ATF SA Stephanie Crebbs

Inventory of the property taken and name of any person(s) seized:

2 plastic pouches containing 5 Glock conversion devices
Glock 19, 9mm pistol, Serial Number: GZ710, with one magazine
Rock River Arms, LAR 15, short barrel rifle, Serial Number: CM66530
Data acquired from Lenovo laptop computer, model 80SB, Serial Number: MP14A47D
Data acquired from LG cellular phone in blue case, Serial Number: LGMS33028590173
Data acquired from UMX cellular phone, model U683CL, Serial Number: 683CL70619077497
Data acquired from HP laptop computer, model DV6-6145DX, Serial Number: 5CH14214PH
Romak, 992 rifle, 7.62 caliber, Serial Number: 2-00612-99
Valmet, .223 caliber rifle, Serial Number: 157775
Interarms 76F8 rifle, .223 caliber rifle, Serial Number: 155541
Ruger Mini 14, .223 rifle, Serial Number: 18241454
Colt Sporter, .223 rifle, Serial Number: MH005745
Mega Gator, .223 rifle, Serial Number: MUR7215
Krinks M97, 7.62 caliber rifle, Serial Number: KAS1386
US Army, .30 caliber rifle, Serial Number: 6632976
Krinks M97, 7.62 caliber rifle, Serial Number: KRS0641
US Army, .30 caliber rifle, Serial Number: 416441
Winchester Defender, 12 gauge shotgun, Serial Number: L2194216
Unknown manufacturer shotgun, 12 gauge, Serial Number: L1377607
Weatherby Vanguard, .300 caliber rifle, Serial Number: VS96562
Remington 25, .25 caliber rifle, Serial Number: 27680
J. Stevens Arms 58B, .410 caliber rifle, Serial Number: unknown
Sturm Ruger M77, .27 caliber rifle, Serial Number: 74-54812
High Standard K-1200, 12 gauge shotgun, Serial Number: unknown
Browning Arms, .22 caliber rifle, Serial Number: 07075PY146
Ruger 10, .22 caliber rifle, Serial Number: 110-85294
Browning Arms, .30 caliber rifle, Serial Number: 311MR30556
Marlin Firearms 60, .22 caliber rifle, Serial Number: 16394961
Mossberg 25IC, .22 caliber rifle, Serial Number: B94016
Smith & Wesson 37, .38 caliber revolver, Serial Number: 708651
Smith & Wesson 38, .38 caliber revolver, Serial Number: J883077
Navy, .44 caliber revolver, Serial Number: 42356
Beretta 92FS, 9mm caliber pistol, Serial Number: BER366993
AMT Back Up, .45 caliber pistol, Serial Number: DL18077
Ruger Mark II Target, .22 caliber pistol, Serial Number: 212-05223
Savage Arms, .32 caliber pistol, Serial Number: 87394R
Smith & Wesson Airlite PD, .357 caliber pistol, Serial Number: CHY1115340PD
Smith & Wesson 39-2, .40 caliber pistol, Serial Number: A420825
Army 1860, .40 caliber revolver, Serial Number: 24335
Berscai 185, 44mm caliber revolver, Serial Number: 4064
Unknown manufacturer, unknown caliber revolver, Serial Number: A32086
High Standard GE, .22 caliber pistol, Serial Number: 323728
Army 1860, .44 caliber revolver, Serial Number: 11509
Colt Auto, .22 caliber pistol, Serial Number: 78010
Smith & Wesson 60, .38 caliber revolver, Serial Number: AYV7915
Beretta 96Cal, .40 caliber pistol, Serial Number: BER141737
H&K P9S, .45 caliber pistol, Serial Number: 111093
US Army 1917, .45 caliber pistol, Serial Number: 266659

Colt Gold Cup Nat. Match, .45 caliber pistol, Serial Number:  SN03891E
Smith & Wesson 41, .22 caliber pistol, Serial Number:  A601111
Colt DA32, .32 caliber revolver, Serial Number:  361267
1 black firearm magazine

***Certification*** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

*Date:*   12/4/19

*Executing officer's signature*

Monika Uchiyama Special Agent-ATF

*Printed name and title*

AUSA: MiRi Song (213) 894-2262